IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY DANIELS,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CRIM. NO. 2:11-CR-00108
CASE NO. 2:12-CV-1067
JUDGE MICHAEL H. WATSON
Magistrate Judge Elizabeth A. Preston Deavers

## OPINION AND ORDER

On April 2, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that counsel be appointed on Petitioner's behalf to represent him on the claim regarding defense counsel's failure to advise him regarding the entrapment defense. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Counsel has already been appointed on Petitioner's behalf to represent him at an evidentiary hearing on his claim regarding counsel's alleged failure to advise him regarding the entrapment defense.

**IT IS SO ORDERED.**

                                                  Michael H. Watson, Judge
                                                United States District Court